Sonia Rosario et al., Respondents, et al., Plaintiffs, v Diagonal Realty, LLC, et al., Appellants, et al., Defendants.

Submitted February 26, 2007; decided March 22, 2007

Motion by Rent Stabilization Association of N.Y.C., Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief may be served and 24 copies filed within seven days.

---

Dean Ryder et al., Appellants, v City of New York, Respondent.

Submitted January 29, 2007; decided March 22, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

In the Matter of Martin White, Appellant, v James J. Walsh, as Superintendent of Sullivan Correctional Facility, Respondent.

Submitted January 16, 2007; decided March 22, 2007

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]). Motion for poor person relief dismissed as academic.